IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal Case No. 3:26MJ013

JONATHAN MUNAFO,
    Defendant.

## TEMPORARY DETENTION ORDER

Finding that this case involves an alleged violation of supervised release or probation and that, pursuant to Federal Rule of Criminal Procedure 32.1, "[t]he magistrate judge may release or detain the [defendant] under 18 U.S.C. § 3143(a)(1) pending further proceedings," and that "[t]he burden of establishing by clear and convincing evidence that the [defendant] will not flee or pose a danger to any other person or to the community rests with the [defendant]," it is ORDERED that:

1. The defendant is committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C. § 3142(i) for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. The defendant be afforded reasonable opportunity to consult with his attorney.

3. That the person in charge of the corrections facility deliver the defendant to the United States Marshal, and the United States Marshal produce the defendant before this Court on March 9, 2026, at 2:00 p.m., for his Rule 32.1 hearings on the petition out of the Northern District of New York.

4. The Clerk is directed to FILE this Order electronically and notify all counsel of record and the United States Marshals Service, Richmond Division, accordingly.

    /s/ MRC
Mark R. Colombell
United States Magistrate Judge

Dated: March 3, 2026
Richmond, Virginia