IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **Criminal No. 3:26-MJ-13** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JONATHAN MUNAFO, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO CONTINUE PRELIMENARY HEARING AND DETENTION HEARING

Jonathan Munafo, by and through counsel, respectfully moves this Court to continue the hearings currently scheduled in this matter for March 9, 2026, at 2pm to March 10, 2026, at 2pm. The reasons for this motion are as follows:

1. On February 17, 2026, a Petition on Supervised Release was filed alleging that Mr. Munafo violated the terms of his supervised release by not reporting to the probation office and for failure to submit a drug test.

2. Mr. Munafo had an initial appearance in the Eastern District of Virginia on the Petition on Supervised Release on March 3, 2026.  At that time, he was remanded to the custody of the US Marshals, and Mr. Munafo's preliminary hearing and detention hearing was scheduled for March 9, 2026, at 2pm.

3. On March 3, 2026, counsel for Mr. Munafo was ordered by the Honorable District Judge Gibney to respond to an order his court issued that same afternoon. The deadline to respond to Judge Gibney's order is on March 10, 2026.

4. Counsel must meet with the client referenced in Judge Gibeny's order prior to any response to the court. As such, counsel for Mr. Munafo must travel to Piedmont

1

Regional Jail to meet with a client on March 9, 2026, at 1:30pm.

5. Counsel for Mr. Munafo has conferred with the government and it does not object to continuing the hearings to March 10, 2026, at 2pm.

6. For the foregoing reasons, Mr. Munafo requests that his preliminary hearing and detention hearing be continued to March 10, 2026, at 2pm.

    Respectfully submitted,
JONATHAN MUNAFO

               /s/
_____
            Counsel
Javionté Johnson, Esq.
New York Bar # 5720214
Attorney for Jonathan Munafo
Assistant Federal Public Defender
Office of the Federal Public Defender
Eastern District of Virginia
701 E. Broad Street, Suite 3600
Richmond, VA 23219
(804) 565-0832
(804) 800-4214 (fax)
Javionte_Johnson@fd.org